**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVINA HARMAN, )<br>)<br>    Plaintiff )<br>)<br>  v. )<br>)<br>ETOURANDTRAVEL, INC., )<br>)<br>    Defendant )<br>)<br>) | **Case No.: 2:15-cv-00066-DSC** |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>April 3, 2015</u>          BY: <u>*/s/ Craig Thor Kimmel*</u>
                                    Craig Thor Kimmel, Esquire
                                    Attorney ID No. 57100
                                    Kimmel & Silverman, P.C
                                    30 East Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Facsimile: (215) 540-8817
                                    Email: kimmel@creditlaw.com
                                    Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 3rd day of April, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Joseph C. Sullivan, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta GA 30339
jsullivan@taylorenglish.com

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID No. 57100
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff